PAUL ALSTON            1126
GLENN T. MELCHINGER    7135

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813-3689
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  paul.alston@dentons.com
        glenn.melchinger@dentons.com

Attorneys for Plaintiffs
DOE CORPORATION 1
and DOE CORPORATION 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DOE CORPORATION 1 and DOE CORPORATION 2,<br><br>       Plaintiffs,<br><br>    vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>       Defendants. | Case No. CV 20-00395 NONE<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs Doe Corporation 1 and Doe Corporation 2, which are nongovernmental corporate parties, make the following disclosures pursuant to Federal Rules of Civil Procedure Rule 7.1:

1. Doe Corporation 2 is a private company.  No parent entity or publicly held entity owns more 10% or more of its stock.

2. No parent corporation owns 10% or more of the stock of Doe Corporation 1.  No publicly held corporation owns 10% or more of its stock.

Dated:  Honolulu, Hawai`i, September 16, 2020.

        /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
Doe Corporation 1 and Doe Corporation 2